```
 1  COOLEY LLP
    JOSEPH D. MORNIN (307766)
 2  (jmornin@cooley.com)
    101 California Street, 5th Floor
 3  San Francisco, CA 94111-5800
    Telephone:    (415) 693 2000
 4  Facsimile:    (415) 693 2222

 5  TIANA A. DEMAS (New York Bar No. 4210472)
    (pro hac vice forthcoming)
 6  (tdemas@cooley.com)
    SARAH M. TOPOL (New York Bar No. 5654017)
 7  (pro hac vice forthcoming)
    (stopol@cooley.com)
 8  55 Hudson Yards
    New York, New York 10001-2157
 9  Telephone:    (212) 479 6000
    Facsimile:    (212) 479 6275
10
    Attorneys for Plaintiff
11  BELLWETHER COFFEE CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BELLWETHER COFFEE CO., | Case No. 3:21-cv-03612-JSC |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| JOHN DOES 1–5, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its San Francisco office as shown below:

> COOLEY LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111-4004

PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and e-mail addresses remain the same.

All notices and other documents regarding this action should be sent to the above address as of June 7, 2021.

Dated: May 19, 2021                                COOLEY LLP

By: */s/ Joseph D. Mornin*
      Joseph D. Mornin

Tiana A. Demas
Sarah M. Topol

Attorneys for Plaintiff
BELLWETHER COFFEE CO.

250614124