COOLEY LLP
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

TIANA A. DEMAS (New York Bar No. 4210472) (admitted *pro hac vice*)
(tdemas@cooley.com)
SARAH M. TOPOL (New York Bar No. 5654017) (admitted *pro hac vice*)
(stopol@cooley.com)
55 Hudson Yards
New York, New York 10001-2157
Telephone:   (212) 479 6000
Facsimile:   (212) 479 6275

Attorneys for Plaintiff
BELLWETHER COFFEE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BELLWETHER COFFEE CO., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1–5, <br><br> Defendant. | Case No. 3:21-cv-03612-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO CONDUCT THIRD-PARTY DISCOVERY** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
PLAINTIFF'S *EX PARTE* MOTION
CASE NO. 3:21-CV-03612-JSC

The Court orders as follows:

1. For good cause shown, Plaintiff Bellwether Coffee Co.'s *ex parte* motion for leave to conduct third-party discovery is GRANTED.

2. Bellwether may issue Rule 45 subpoenas for the limited purpose of identifying Defendants.

3. This Order constitutes an order under 47 U.S.C. § 551(c) authorizing a cable operator to disclose personally identifiable information about its subscribers.

IT IS SO ORDERED.

Dated: _____

HON. JACQUELINE S. CORLEY
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
PLAINTIFF'S *EX PARTE* MOTION
CASE NO. 3:21-CV-03612-JSC